1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Ramon Martinez,

        Plaintiff,

v.

Commissioner of Social Security Administration,

        Defendant.

**NO. CV-23-01447-PHX-DGC**

**JUDGMENT IN A CIVIL CASE**

    **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 13, 2023, judgment is entered in favor of Plaintiff and against Defendant. This case is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

                                  Debra D. Lucas
                                  District Court Executive/Clerk of Court

December 13, 2023

                                  s/ Kathren Gray
            By   Deputy Clerk